NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000050
17-OCT-2018
08:11 AM

NO. CAAP-18-0000050

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN RE TAX APPEAL OF KATHLEEN CHOI KUMBROCH

APPEAL FROM THE TAX APPEAL COURT
(CASE NO. 1TX12-1-0042)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, C.J., and Reifurth and Chan, JJ.)

Upon consideration of the Stipulation and Dismissal of Appeal With Prejudice, filed August 31, 2018, by Appellant-Appellant Kathleen Choi Kumbroch, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, October 17, 2018.

Chief Judge

Associate Judge

Associate Judge